**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Columbia Park Business Center
Corporation and 679 East Third
Street Investors Company,

Plaintiffs,

Civ. No. 01-1757 (RHK/JMM)
**ORDER**

v.

Uriel Perez, William McCarthy,
Martin Goff, and Nancy Goldman,

Defendants.

---

Before the Court is the Defendants' Motion for Summary Judgment (Doc. No. 11). Having reviewed the parties' written submission, the Court concludes that oral argument will not be necessary. Accordingly, the April 5, 2002, hearing is **CANCELLED**, and the Motion for Summary Judgment will be deemed submitted on the written record.

Dated: April 3, 2002

RICHARD H. KYLE
United States District Judge

APR 0 3 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK