# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Columbia Park Business Center
Corporation and 679 East Third
Street Investors Company

Case No. Civil 01-1757RHK/JMM

v.

**JUDGMENT IN A CIVIL CASE**

Uriel Perez, William McCarthy, Martin Goff Nancy Goldman

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that defendants' motion for summary judgment is **GRANTED**; the amended complaint is **DISMISSED WITH PREJUDICE**.

DATE: April 12, 2002

RICHARD D. SLETTEN, CLERK

Denise La Fond, Deputy Clerk