# *United States District Court*
## *District of Minnesota*
### *Fourth Division - Minneapolis*

Clerk's Notice
In Re: Receipt of Bill of Costs

Civil Action Number: 01-CV-1757 RHK/JMM
Title of Action: Columbia Park Business Center Corp. vs Uriel Perez et al

TO COUNSEL:

You are hereby notified that a Bill of Costs was filed by Defendants in the above entitled action on May 21, 2002.

The briefing schedule for taxation of costs is as follows:

> Objections are to be submitted in writing within 10 days of date of this notice.
>
> A response to objections may be submitted within 5 days thereafter.

If no objections are received, costs will be taxed as submitted. If the matter of taxing costs is disposed of prior to being taxed by the Clerk, please notify the undersigned of this disposition.

DATED: May 23, 2002

RICHARD D. SLETTEN, CLERK

By G Schneider
Gloria Schneider, Deputy Clerk

FILED MAY 23 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK