**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

**FOURTH DIVISION - MINNEAPOLIS**

Columbia Park Business Center Corporation;
679 East Third Street Investors Company

Plaintiff(s)

-v- **Civil** # 01cv1757 RHK/JMM

Uriel Perez, Nancy Goldman,
Martin Goff and William McCarthy
Defendant(s)

**COST JUDGMENT**

The costs of the Defendants have been taxed and allowed by the Clerk of this Court against the **Plaintiffs** as follows:

| | | Claimed | | Allowed |
|---|---|---|---|---|
| Fees of the Clerk | $ | 150.00 | $ | 150.00 |
| Docket fees | | 20.00 | | 20.00 |
| Other costs | | 132.00 | | - 0 - |
| TOTAL: | $ | 302.00 | $ | 170.00 |

Costs, therefore, are taxed in the sum of One Hundred Seventy dollars and no/100 ($170.00) in favor of the Defendants and against the **Plaintiffs** and judgment is entered accordingly. Motion for review by the Court may be made within five days hereafter and filed with the Clerk.

Dated at Minneapolis, Minnesota, this day of June 28, 2002.

RICHARD D. SLETTEN, CLERK

By [signature]
Celeste M. Shahidi
Court Manager

cc: all counsel

FILED JUN 28 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

# TAXATION OF COSTS SUMMARY

Case # 01cv1757 RHK//JMM

Columbia Park Business Center Corporation;
679 East Third Street Investors Company
vs.
Uriel Perez, Nancy Goldman,
Martin Goff and William McCarthy

---

I. Fees of the Clerk

Claimed $150.00 Allowed $150.00

No objection.

II. Docket fees

Claimed $20.00 Allowed $20.00

Docket fees pursuant to 28USCs1923(a) are automatically awardable to the prevailing party upon final hearing.

III. Other costs

Claimed $132.00 Allowed $132.00

Only fees paid into the federal court are recoverable in a federal court Bill of Cost petition.

**TOTAL ALLOWED: $170.00**

Dated: June 28, 2002

Celeste M. Shahidi
Court Manager